"substantial burden" on his ability to practice his religion by failing to provide him with Halal meat. *See Patel v. U.S. Bureau of Prisons,* 515 F.3d 807, 810–12 & n. 8 (8th Cir.2008) (prison's meal plan regulations did not substantially burden Muslim inmate's free exercise rights where inmate had access to only vegetarian entrees, and some of those entrees he had to pay for himself). Third, the vegetarian diet did not violate Pratt's Eighth Amendment rights, as he did not rebut defendants' evidence that the meals were nutritionally adequate. *See Berry v. Brady,* 192 F.3d 504, 507 (5th Cir.1999) (Eighth Amendment requires that inmates receive well-balanced meals containing sufficient nutritional value to preserve health). Finally, defendants did not breach any contractual duty by failing to provide a diet including Halal meat.

Accordingly, the judgment is affirmed.

George Walter Carlisle, Jr., St. Peters, MO, for Appellant.

Ryan Eugene Bertels, Attorney General's Office, Jefferson City, MO, for Appellee.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

George Carlisle, an African–American male, appeals the district court's [1] adverse grant of summary judgment in his Title VII action alleging that the Missouri Department of Economic Development discriminated against him when it failed to employ him for four positions. Having carefully reviewed the record, we conclude summary judgment was proper. Accordingly, we affirm for the reasons set forth in the district court's well-reasoned opinion. *See* 8th Cir. R. 47B.

George W. CARLISLE, Jr., Appellant,

v.

MISSOURI DEPARTMENT OF ECONOMIC DEVELOPMENT, Appellee.

No. 07–1072.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 13, 2008.

Filed: March 7, 2008.

UNITED STATES of America, Appellee,

v.

Dorian M. JEFFERSON, Appellant.

No. 07–2053.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 15, 2008.

Filed: March 7, 2008.

1. The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.